AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2006
~~MARY L.M. MORAN~~
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| **PATRICK J. PALOMO** | Case Number: **CR-88-00056** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **4th FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | **COURTROOM** |
| | Date and Time |
| Before: Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | **Wednesday, August 23, 2006 at 10:30 a.m.** |

To answer a(n)
☐ Superseding Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ___**18**___ United States Code, Section(s) ___**3548**___

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

(SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER SEPARATELY FILED ON August 15, 2006)

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

August 16, 2006
Date

U.S. MARSHALS-GUAM RECEIVED

ORIGINAL

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 8/23/2006 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/23/2006
　　　　　　　Date

J. Saler
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.