# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-88-00056　　　　　　　　　　　　DATE: August 23, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:47:45 - 10:50:55
CSO: J. McDonald

**APPEARANCES:**
Defendant: Patrick J. Palomo　　　　　　Attorney: David Hopkins on behalf of Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: John San Nicolas　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Mr. Hopkins advised the Court that Mr. Mantanona was in trial over at the Superior Court and moved for a continuance.
- Court appointed Rawlen Mantanona to represent the defendant.
- Government had no objections to the continuance. Accordingly, the Court granted the continuance.
- Proceedings continued to: <u>August 25, 2006 at 1:30 p.m.</u>

NOTES: