
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>PATRICK J. PALOMO,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 88-00056<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 16, 2006.

Dated this 24th day of August, 2006.

JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL