# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-88-00056 　　　　　　　　　　DATE: August 25, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 1:50:50 - 1:54:29
CSO: J. McDonald

**APPEARANCES:**
Defendant: Patrick J. Palomo　　　　　Attorney: Rawlen Mantanona
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: John San Nicolas　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Show Cause Hearing Why Supervised Release Conditions Should Not Be Revoked**
- Defendant admits to all the allegations.
- Defense stated that parties have reached a resolution.
- Court adopted the recommendation of the U.S. Probation Office and will forward its recommendation to the District Judge for disposition.

NOTES: