**FILED**

DISTRICT COURT OF GUAM

SEP 18 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 88-00056 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER RE VIOLATION OF** |
| | ) | **RELEASE CONDITIONS** |
| PATRICK J. PALOMO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the admission of the Defendant to the violation of release conditions as set forth in the Report and Recommendation is now Accepted. *See* Docket No. 90. Accordingly, the Defendant's conditions of supervision is modified to include a provision that he shall serve four (4) days of intermittent confinement, at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Service.

SO ORDERED this $\cancel{|}$th day of September, 2006.

_____
MORRISON C. ENGLAND, Jr.
United States District Judge

---

*The Honorable Morrison C. England, United States District Judge for the Eastern District of California, by designation.

ORIGINAL